UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| **CIVIL MINUTES - GENERAL** | | **JS-6** |
|---|---|---|
| Case No. | CV21-2063-CAS(SKx) | Date | August 3, 2022 |
| Title | *G.B.; ET AL. v. BELLFLOWER UNIFIED SCHOOL DISTRICT* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS)

Case should have been closed on entry dated December 16, 2021, docket no. 36. Make JS-6.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |